# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROSSI, GUY | § | Case No. 12-17170 |
| ROSSI, MARIA LUISA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter       of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on                      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                 $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Roy Safanda_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 12-17170 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | ROSSI, GUY | | | Date Filed (f) or Converted (c): | 04/26/12 (f) |
| | ROSSI, MARIA LUISA | | | 341(a) Meeting Date: | 06/25/12 |
| For Period Ending: | 01/18/13 | | | Claims Bar Date: | 09/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 38W685 Eagles Nest Ct., St. Charles, IL 60175 | 264,400.00 | 0.00 | | 0.00 | FA |
| 2. 4330 Bellasol Cir., Ste. 3011 - 1/3 interest | 61,600.00 | 61,600.00 | | 12,500.00 | FA |
| 3. cash on hand Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 4. checking account 5/3rd Location: In debtor's posse | 30.00 | 0.00 | | 0.00 | FA |
| 5. West Suburban Bank checking Location: In debtor's | 250.00 | 250.00 | | 0.00 | FA |
| 6. various used household furniture Location: In debt | 500.00 | 0.00 | | 0.00 | FA |
| 7. various used clothes Location: In debtor's possess | 400.00 | 0.00 | | 0.00 | FA |
| 8. 1997 Harley Davidson Location: In debtor's possess | 3,500.00 | 500.00 | | 0.00 | FA |
| 9. 2002 Infinity G20 130,000 miles Maria co-signed on | 1,500.00 | 1,000.00 | | 0.00 | FA |
| 10. 2004 Ford Escape - 118,000 miles Location: In debt | 4,000.00 | 740.00 | | 0.00 | FA |
| 11. 2006 Harley Davidson Location: In debtor's possess | 6,240.00 | 1,100.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $342,520.00    $65,190.00    $12,500.00    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/12    Current Projected Date of Final Report (TFR): 01/01/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-17170 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | ROSSI, GUY | Bank Name: | UNION BANK |
|  | ROSSI, MARIA LUISA | Account Number / CD #: | *******5717 Checking Account |
| Taxpayer ID No: | *******0692 |  |  |
| For Period Ending: | 01/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/03/13 |  | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 12,500.00 |  | 12,500.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,500.00 | 0.00 | 12,500.00 |
| Less: Bank Transfers/CD's | 12,500.00 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 0.00 |  |

Page Subtotals   12,500.00   0.00

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-17170 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | ROSSI, GUY | Bank Name: | Capital One |
| | ROSSI, MARIA LUISA | Account Number / CD #: | *******5144 Checking Account |
| Taxpayer ID No: | *******0692 | | |
| For Period Ending: | 01/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/05/12 | 2 | Edwad J. Rossi | Settlement Preference | 1110-000 | 12,500.00 | | 12,500.00 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 12,500.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,500.00 | 12,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 12,500.00 | |
| Subtotal | 12,500.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 12,500.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5717 | 0.00 | 0.00 | 12,500.00 |
| Checking Account - ********5144 | 12,500.00 | 0.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 12,500.00 | 0.00 | 12,500.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 12,500.00 12,500.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 18, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-17170
Debtor Name: ROSSI, GUY

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Roy Safanda<br>111 East Side Drive<br>Geneva, IL 60134 | Administrative | | $487.50 | $0.00 | $487.50 |
| 000001<br>070<br>7100-00 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | Unsecured | | $127.78 | $0.00 | $127.78 |
| 000002<br>070<br>7100-00 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | Unsecured | | $3,116.28 | $0.00 | $3,116.28 |
| 000003<br>070<br>7100-00 | Wexford Plantation Homeowners<br>McMahan & Signunick<br>412 S. Wells, 6th Flr.<br>Chicago, IL 60607 | Unsecured | | $54,126.10 | $0.00 | $54,126.10 |
| | Case Totals: | | | $57,857.66 | $0.00 | $57,857.66 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-17170
Case Name: ROSSI, GUY
       ROSSI, MARIA LUISA
Trustee Name: Roy Safanda

    Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | $ | $ | $ |
| 000002 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | $ | $ | $ |
| 000003 | Wexford Plantation Homeowners<br>McMahan & Signunick<br>412 S. Wells, 6th Flr.<br>Chicago, IL 60607 | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE