# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROSSI, GUY | § | Case No. 12-17170 |
| ROSSI, MARIA LUISA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                US Courthouse
                Bankruptcy Clerk
                Assignment Desk, Rm 710
                219 S. Dearborn St.
                Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/21/2013 in Courtroom 240,

                US Courthouse
                100 S. 3rd St.
                Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2013                By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
ROSSI, GUY                            §    Case No. 12-17170
ROSSI, MARIA LUISA                    §
                                      §
            Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,500.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 12,500.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Roy Safanda | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee Expenses: Roy Safanda | $ 62.00 | $ 0.00 | $ 62.00 |
| Attorney for Trustee Fees: Roy Safanda | $ 487.50 | $ 0.00 | $ 487.50 |

Total to be paid for chapter 7 administrative expenses        $    2,549.50

Remaining Balance                                             $    9,950.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,370.16  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | $ 127.78 | $ 0.00 | $ 22.16 |
| 000002 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | $ 3,116.28 | $ 0.00 | $ 540.50 |
| 000003 | Wexford Plantation Homeowners<br>McMahan & Signunick<br>412 S. Wells, 6th Flr.<br>Chicago, IL 60607 | $ 54,126.10 | $ 0.00 | $ 9,387.84 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,950.50 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
                              Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-17170-CAD
Guy Rossi                                                           Chapter 7
Maria Luisa Rossi
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 2          Date Rcvd: Feb 19, 2013
                              Form ID: pdf006         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2013.
```
db/jdb       +Guy Rossi,   Maria Luisa Rossi,    38 W 685 Eagles Nest Court,    Saint Charles, IL 60175-6848
18832244     +Advanced Phys Med of St. Charl,    3381 W. Main St., Ste.1,    Saint Charles, IL 60175-1008
18832245     +Brad J. Pawlowski,   6584 N. Northwest Hwy.,    Chicago, IL 60631-1415
18832246     +Cadence Health,   Central DuPage Hospital,    PO Box 4090,    Carol Stream, IL 60197-4090
18832247     +Coastalstates Bank,   D. Saxon - Novit & Scarminach,    52 New Orleans Rd., Ste. 400,
               Hilton Head Isla, SC 29928-4751
18934379     +D & S Podiatry,   108 Bartlett Ave,    Bartlett IL 60103-4235
18832248     +Fifth Third Bank,   PO Box 740789,    Cincinnati, OH 45274-0789
19112304     +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
18832249     +Fifth Third Bank,   200 West Madison, Suite 3820,    Chicago, IL 60606-3465
18832251     +Fifth Third Bank Mastercard,    PO Box 740789,    Cincinnati, OH 45274-0789
18832252     +Home Depot,   PO Box 182676,    Columbus, OH 43218-2676
18934380     +Quest Diagnostics,   Pob 7306,    Hollister MO 65673-7306
18832258    ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
               CHICAGO IL 60612-3228
             (address filed with court: Rush University Medical Group,    75 Remittance Dr. Dept. 1611,
               Chicago, IL  60675)
18832255     +Rush Oak Park Hospital,   Dept. 4667,    Carol Stream, IL 60122-0001
18832256     +Rush University Medical Center,    1700 W. Van Buren St., Ste 161,    Chicago, IL 60612-3228
18832259     +Wachovia Bank, NA,   Brock & Scott PLLC,    3800 Fernandina Rd., St. 110,
               Columbia, SC 29210-3838
18832261     +Wexford Planation Homeowners,    R. Nicholas Felix,    P.O. Drawer 3,
               Hilton Head Isla, SC 29938-0003
18832260     +Wexford Plantation Homeowners,    McNair Law Firm S. Carter,    Post Office Drawer 3,
               Hilton Head Isla, SC 29938-0003
18832262     +Wexford Plantation Homeowners,    McNari Law Firm - S. Carter,    Post Office Drawer 3,
               Hilton Head Isla, SC 29938-0003
18832263     +Wexford Plantation Homeowners,    McMahan & Signunick,    412 S. Wells, 6th Flr.,
               Chicago, IL 60607-3972
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18832250     +E-mail/Text: abodry@ecimarron.com Feb 20 2013 04:43:11     Cimarron Morgtgage,    P.O. Box 12830,
               Jackson, MS 39236-2830
                                                                                             TOTAL: 1
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18832253*    +Guy Rossi,   38 W 685 Eagles Nest Court,    Saint Charles, IL 60175-6848
18832254*    +Maria Luisa Rossi,    38 W 685 Eagles Nest Ct.,    Saint Charles, IL 60175-6848
18832257*    +Rush University Medical Center,    1700 W. Van Buren St. Ste 161,    Chicago, IL 60612-3228
                                                                                      TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2013          Signature: *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal              Page 2 of 2                  Date Rcvd: Feb 19, 2013
                              Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2013 at the address(es) listed below:
          Brad J Pawlowski   on behalf of Debtor Guy  Rossi brad@go2court.com
          Brad J Pawlowski   on behalf of Joint Debtor Maria Luisa Rossi brad@go2court.com
          Carl F Safanda   on behalf of Trustee Roy  Safanda csafanda@xnet.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda   on behalf of Trustee Roy  Safanda rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
          Roy  Safanda   rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
          Roy  Safanda, Esq   on behalf of Trustee Roy  Safanda rsafanda@xnet.com
          TOTAL: 7