UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
ROSSI, GUY § Case No. 12-17170
ROSSI, MARIA LUISA §
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/Roy Safanda _____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Advanced Phys Med of St. Charl 3381 W. Main St., Ste.1 Saint Charles IL 60175 | | | | | |
| | Creditor # :10 Rush University Medical Group 75 Remittance Dr. Dept. 1611 Chicago IL 60675 | | | | | |
| | Creditor # :11 Wachovia Bank, NA Brock & Scott PLLC 3800 Fernandina Rd., St. 110 Columbia SC 29210 | | | | | |
| | Creditor # :12 Wexford Plantation Homeowners McNair Law Firm S. Carter Post Office Drawer 3 Hilton Head Isla SC 29938 | | | | | |
| | Creditor # :13 Wexford Planation Homeowners R. Nicholas Felix P.O. Drawer 3 Hilton Head Isla SC 29938 | | | | | |
| | Creditor # :14 Wexford Plantation Homeowners McNari Law Firm - S. Carter Post Office Drawer 3 Hilton Head Isla SC 29938 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 Cadence Health Central DuPage Hospital PO Box 4090 Carol Stream IL 60197 | | | | | |
| | Creditor # :3 Coastalstates Bank D. Saxon - Novit & Scarminach 52 New Orleans Rd., Ste. 400 Hilton Head Isla SC 29938 | | | | | |
| | Creditor # :6 Home Depot PO Box 182676 Columbus OH 43218-2676 | | | | | |
| | Creditor # :7 Rush Oak Park Hospital Dept. 4667 Carol Stream IL 60122 | | | | | |
| | Creditor # :8 Rush University Medical Center 1700 W. Van Buren St. Ste 161 Chicago IL 60612 | | | | | |
| | Creditor # :9 Rush University Medical Center 1700 W. Van Buren St., Ste 161 Chicago IL 60612 | | | | | |
| 000001 | FIFTH THIRD BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIFTH THIRD BANK | | | | | |
| 000003 | WEXFORD PLANTATION HOMEOWNERS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-17170 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | ROSSI, GUY | | | Date Filed (f) or Converted (c): | 04/26/12 (f) |
| | ROSSI, MARIA LUISA | | | 341(a) Meeting Date: | 06/25/12 |
| For Period Ending: | 08/17/13 | | | Claims Bar Date: | 09/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 38W685 Eagles Nest Ct., St. Charles, IL 60175 | 264,400.00 | 0.00 | | 0.00 | FA |
| 2. 4330 Bellasol Cir., Ste. 3011 - 1/3 interest | 61,600.00 | 61,600.00 | | 12,500.00 | FA |
| 3. cash on hand Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 4. checking account 5/3rd Location: In debtor's posse | 30.00 | 0.00 | | 0.00 | FA |
| 5. West Suburban Bank checking Location: In debtor's | 250.00 | 250.00 | | 0.00 | FA |
| 6. various used household furniture Location: In debt | 500.00 | 0.00 | | 0.00 | FA |
| 7. various used clothes Location: In debtor's possess | 400.00 | 0.00 | | 0.00 | FA |
| 8. 1997 Harley Davidson Location: In debtor's possess | 3,500.00 | 500.00 | | 0.00 | FA |
| 9. 2002 Infinity G20 130,000 miles Maria co-signed on | 1,500.00 | 1,000.00 | | 0.00 | FA |
| 10. 2004 Ford Escape - 118,000 miles Location: In debt | 4,000.00 | 740.00 | | 0.00 | FA |
| 11. 2006 Harley Davidson Location: In debtor's possess | 6,240.00 | 1,100.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $342,520.00      $65,190.00      $12,500.00      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/12     Current Projected Date of Final Report (TFR): 01/01/13

LFORM1      Ver: 17.02d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-17170 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | ROSSI, GUY | | Bank Name: | UNION BANK |
| | ROSSI, MARIA LUISA | | Account Number / CD #: | *******5717 Checking Account |
| Taxpayer ID No: | *******0692 | | | |
| For Period Ending: | 08/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 12,500.00 | | 12,500.00 |
| 03/30/13 | 010001 | Roy Safanda | Chapter 7 Compensation/Expense | | | 2,062.00 | 10,438.00 |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL 60134 | | | | | |
| | | | Fees 2,000.00 | 2100-000 | | | |
| | | | Expenses 62.00 | 2200-000 | | | |
| 03/30/13 | 010002 | Roy Safanda | Attorney for Trustee Fees (Trustee | 3110-000 | | 487.50 | 9,950.50 |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL 60134 | | | | | |
| 03/30/13 | 010003 | Fifth Third Bank | Claim 000001, Payment 17.34231% | 7100-000 | | 22.16 | 9,928.34 |
| | | 9441 LBJ Freeway, Suite 350 | | | | | |
| | | Dallas, Texas 75243 | | | | | |
| 03/30/13 | 010004 | Fifth Third Bank | Claim 000002, Payment 17.34440% | 7100-000 | | 540.50 | 9,387.84 |
| | | 9441 LBJ Freeway, Suite 350 | | | | | |
| | | Dallas, Texas 75243 | | | | | |
| 03/30/13 | 010005 | Wexford Plantation Homeowners | Claim 000003, Payment 17.34439% | 7100-000 | | 9,387.84 | 0.00 |
| | | McMahan & Signunick | | | | | |
| | | 412 S. Wells, 6th Flr. | | | | | |
| | | Chicago, IL 60607 | | | | | |

Page Subtotals 12,500.00 12,500.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-17170 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | ROSSI, GUY | Bank Name: | UNION BANK |
| | ROSSI, MARIA LUISA | Account Number / CD #: | *******5717  Checking Account |
| Taxpayer ID No: | *******0692 | | |
| For Period Ending: | 08/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,500.00 | 12,500.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 12,500.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,500.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 12,500.00 | |

Page Subtotals                0.00        0.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-17170 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | ROSSI, GUY | | Bank Name: | Capital One |
| | ROSSI, MARIA LUISA | | Account Number / CD #: | *******5144  Checking Account |
| Taxpayer ID No: | *******0692 | | | |
| For Period Ending: | 08/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/05/12 | 2 | Edwad J. Rossi | Settlement Preference | 1110-000 | 12,500.00 | | 12,500.00 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 12,500.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,500.00 | 12,500.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 12,500.00 | |
| Subtotal | 12,500.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,500.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5717 | 0.00 | 12,500.00 | 0.00 |
| Checking Account - ********5144 | 12,500.00 | 0.00 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 12,500.00 | 12,500.00 | 0.00 |
| | =========== | =========== | =========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    12,500.00    12,500.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*